IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:13-CR-57-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| STEVEN EDWARD ROSS ) | |

This matter is before the Court on defendant Steven E. Ross's Motion for Leave to File Defendant's Sentencing Memorandum Under Seal, filed 4 June 2014.

The Court has reviewed the Motion, and for good cause shown, the Motion is GRANTED.

SO ORDERED.

This the 5th day of June, 2014.

Malcolm J. Howard
Senior United States District Judge